1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  W.S. WILSON LEUNG (CABN 190939)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6758
7      FAX: (415) 436-6753

8  Attorneys for the United States of America

9

                    UNITED STATES DISTRICT COURT
10      ORIGINAL
                    NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA        )   No. 3-09-70315-BZ
14                                 )
                                   )
15         v.                      )
                                   )   STIPULATION AND [PROPOSED]
16                                 )   ORDER DOCUMENTING WAIVER
   JULIO HERNANDEZ,                )
17                                 )
                                   )
18         Defendant.              )
                                   )
19  _____)

20
       With the agreement of the parties, and with the consent of the defendant, the Court enters
21
   this order vacating the preliminary hearing date of April 17, 2009, setting a new preliminary
22
   hearing date on May 8, 2009, at 9:30 a.m., before the duty magistrate judge, extending the time
23
   for the preliminary hearing under Federal Rule of Criminal Procedure 5.1, and excluding time
24
   under the Speedy Trial Act from the date of this stipulation to May 8, 2009. The parties agree
25
   and stipulate, and the Court finds and holds, as follows:
26
       1.     The defendant, Julio Hernandez, was charged in a complaint dated April 3, 2009
27
   with one count of conspiracy to commit murder in aid of racketeering, one count of conspiracy to
28

FILED
APR 1 6 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 | commit assault with a dangerous weapon in aid of racketeering, and one count of using or
2 | possessing a firearm in furtherance of a crime of violence, in violation of 18 U.S.C. §§
3 | 1959(a)(5) and (a)(6), 924(c), and 2. Hernandez was transferred into federal custody on April 10,
4 | 2009, and presented to Magistrate Judge Maria-Elena James on that day. On April 14, 2009,
5 | Hernandez appeared before Magistrate Judge Bernard Zimmerman and Gilbert Eisenberg, Esq.,
6 | was appointed to represent him. The defendant waived his right to seek bail without prejudice to
7 | any future bail applications, and Judge Zimmerman also scheduled a preliminary hearing date for
8 | April 17, 2009. The defendant remains detained pending further proceedings.

9 |       2. Following the appointment of Mr. Eisenberg, the parties have been conferring
10 | regarding possible dispositions of this matter. These discussions are continuing with the goal of
11 | reaching a disposition prior to the filing of formal charges against the defendant. As a result, the
12 | parties have asked the Court to extend the preliminary hearing date to May 8, 2009, pursuant to
13 | Federal Rule of Criminal Procedure 5.1, and excluding the time under the Speedy Trial Act, 18
14 | U.S.C. § 3161.

15 |       3. Taking into the account the public interest in the prompt disposition of criminal
16 | cases, the above-stated ground is good cause for extending the time limit for a preliminary
17 | hearing under Federal Rule of Criminal Procedure 5.1, for the filing period for an indictment, and
18 | for excluding time under the Speedy Trial Act. Failure to grant the continuance would deny the
19 | defense time for effective preparation and for seeking disposition of this matter on agreed-upon
20 | terms.
21 | //
22 | //
23 | //
24 | //
25 | //
26 | //
27 | //
28 | //

1  4. Accordingly, with the consent of the defendant, the Court hereby: (a) vacates the
2  April 17, 2009 preliminary hearing date and extends the time for a preliminary hearing until May
3  8, 2009, before the duty magistrate judge, at 9:30 a.m.; and (b) orders that the period from the
4  date of this order to May 8, 2009 be excluded from the time period for preliminary hearings
5  under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18
6  U.S.C. § 3161(h)(7)(A) & (B)(iv).

STIPULATED:

DATED:     April 15, 2009            /s/
                                     GILBERT EISENBERG, ESQ.
                                     Attorney for JULIO HERNANDEZ


DATED:     April 15, 2009            /s/
                                     W.S. WILSON LEUNG
                                     Assistant United States Attorney


IT IS SO ORDERED.

DATED:     April ____, 2009
                                     HON. BERNARD ZIMMERMAN
                                     United States Magistrate Judge

-3-

4.   Accordingly, with the consent of the defendant, the Court hereby: (a) vacates the April 17, 2009 preliminary hearing date and extends the time for a preliminary hearing until May 8, 2009, before the duty magistrate judge, at 9:30 a.m.; and (b) orders that the period from the date of this order to May 8, 2009 be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

STIPULATED:

DATED:   April 15, 2009

/s/
GILBERT EISENBERG, ESQ.
Attorney for JULIO HERNANDEZ

DATED:   April 15, 2009

/s/
W.S. WILSON LEUNG
Assistant United States Attorney

IT IS SO ORDERED.

DATED:   April 16, 2009

HON. BERNARD ZIMMERMAN
United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that he caused copies of

**STIPULATION AND PROPOSED ORDER DOCUMENTING WAIVER**

in the case of <u>**UNITED STATES v. JULIO HERNANDEZ, 3-09-70315-BZ**</u> to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

        **Gilbert Eisenberg**
        **Law Offices of Gilbert Eisenberg**
        **400 Montgomery Street, #200**
        **San Francisco, CA 94104**

\_\_\_\_\_ (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

__X__ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

__X__ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

\_\_\_\_\_ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 15, 2009

                                              *Kevin Costello*
                                              KEVIN COSTELLO
                                              United States Attorney's Office