JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    FAX: (415) 436-6753

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3-09-70315-BZ |
| | ) | |
| v. | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| JULIO HERNANDEZ, | ) | ORDER DOCUMENTING WAIVER |
| | ) | |
| Defendant. | ) | |
| | ) | |

    With the agreement of the parties, and with the consent of the defendant, the Court enters this order vacating the preliminary hearing date of June 26, 2009, setting a new preliminary hearing date on July 10, 2009, at 9:30 a.m., before the duty magistrate judge, extending the time for the preliminary hearing under Federal Rule of Criminal Procedure 5.1, and excluding time under the Speedy Trial Act from the date of this stipulation to July 10, 2009. The parties agree and stipulate, and the Court finds and holds, as follows:

    1.    The defendant, Julio Hernandez, was charged in a complaint dated April 3, 2009 with one count of conspiracy to commit murder in aid of racketeering, one count of conspiracy to

commit assault with a dangerous weapon in aid of racketeering, and one count of using or possessing a firearm in furtherance of a crime of violence, in violation of 18 U.S.C. §§ 1959(a)(5) and (a)(6), 924(c), and 2. Hernandez was transferred into federal custody on April 10, 2009, and presented to Magistrate Judge Maria-Elena James on that day. On April 14, 2009, Hernandez appeared before Magistrate Judge Bernard Zimmerman and Gilbert Eisenberg, Esq., was appointed to represent him. The defendant waived his right to seek bail without prejudice to any future bail applications, and Judge Zimmerman also scheduled a preliminary hearing date for April 17, 2009. The defendant remains detained pending further proceedings.

    2. Following the appointment of Mr. Eisenberg, the parties have been conferring regarding possible dispositions of this matter, and as a result, the Court, at the request of both parties, extended the preliminary hearing date to May 8, 2009, June 12, 2009, and most recently to June 26, 2009. Since then, the parties' have continued to pursue their discussions with the goal of reaching a disposition prior to the filing of formal charges against the defendant and the defense has also been conducting its own investigation. However, the parties have not yet been able to finalize these discussions and the defense is still pursuing its own investigation. Accordingly, the parties have asked the Court to extend the preliminary hearing date to July 10, 2009, pursuant to Federal Rule of Criminal Procedure 5.1, and excluding the time under the Speedy Trial Act, 18 U.S.C. § 3161.

    3. Taking into the account the public interest in the prompt disposition of criminal cases, the above-stated ground is good cause for extending the time limit for a preliminary hearing under Federal Rule of Criminal Procedure 5.1, for the filing period for an indictment, and for excluding time under the Speedy Trial Act. Failure to grant the continuance would deny the defense time for effective preparation and for seeking disposition of this matter on agreed-upon terms.

    4. Accordingly, with the consent of the defendant, the Court hereby: (a) vacates the June 26, 2009 preliminary hearing date and extends the time for a preliminary hearing until July 10, 2009, before the duty magistrate judge, at 9:30 a.m.; and (b) orders that the period from the date of this order to July 10, 2009 be excluded from the time period for preliminary hearings

1  under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18
2  U.S.C. § 3161(h)(7)(A) & (B)(iv).
3  SO STIPULATED:

5  DATED: June 25, 2009                    /s/
6                                          GILBERT EISENBERG, ESQ.
                                           Attorney for JULIO HERNANDEZ

8  DATED: June 25, 2009                    /s/
9                                          W.S. WILSON LEUNG
                                           Assistant United States Attorney

11 IT IS SO ORDERED.
12 DATED:    June __26__, 2009
13                                         _____
                                           HON. J[...]
14                                         United S[...] Magistrate Judge