1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   BRIAN J. STRETCH(CABN 163973)
3  Chief, Criminal Division

4  W.S. WILSON LEUNG (CABN 190939)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6758
7       FAX: (415) 436-6753
        e-mail: wilson.leung@usdoj.gov
8
   Attorneys for the United States of America
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                           SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,        )   Criminal No: 10-CR-0304-VRW
14                                  )
                                    )
15            v.                    )
                                    )   STIPULATION AND [PROPOSED]
16                                  )   ORDER
   JULIO HERNANDEZ,                 )
17                                  )
                                    )
18            Defendant.            )
                                    )
19 _____)

20

21      The Government respectfully submits this Stipulation and Proposed Order on behalf of

22 the parties to confirm the exclusion of time under the Speedy Trial Act from August 12, 2010, to

23 request a continuance of the status conference set for September 16, 2010, and to request the

24 setting of another status conference/possible change of plea hearing for September 30, 2010 at

25 11:00 am.

26      The parties hereby stipulate to the following:

27      1.    On August 12, 2010, the Court, at the request of the defendant and with the

28 consent of the Government, continued this matter for a status conference on September 16, 2010.

1  The defendant indicated that he needed additional time to review discovery as well as to pursue
2  certain avenues of preparation.  As a result, the Court excluded time under the Speedy Trial Act
3  in the interests of justice until September 16, 2010 for this purpose.

4      2.    Since then, the parties have engaged in plea discussions and may be close to a
5  disposition.  The defendant, however, requires additional time to consider the Government's plea
6  offer.  Accordingly, the parties would respectfully ask the Court to continue the September 16,
7  2010 status conference, and set a further status conference/change of plea hearing for September
8  30, 2010 at 11:00 am.  The parties would also jointly request that time under the Speedy Trial
9  Act be excluded in the interests of justice until the new date in order to allow the defendant to
10 confer with his counsel regarding the Government's plea offer and weigh it against his other
11 options.

13 SO STIPULATED:

15 DATED: September 15, 2010   /s/
                                Gilbert Eisenberg, Esq.
16                              Attorney for Julio Hernandez

18 DATED: September 15, 2010   /s/
                                W.S. Wilson Leung
                                Assistant United States Attorney

20     For the foregoing reasons, it is hereby ordered that time under the Speedy Trial Act is
21 excluded from August 12, 2010 through September 30, 2010, and that a further status conference
22 and possible change of plea hearing is set for September 30, 2010 at 11:00 am.
23 IT IS SO ORDERED.

25 DATED: September __16__, 2010
26                              
                                HON. VAUGHN R. WALKER
27                              Chief United States District Judge

-2-